Case 2:22-cv-00222   Document 11   Filed on 10/04/22 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR COCHRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00222 |
| | § | |
| EVAN PARTCH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

This civil rights action was filed by a Texas state prisoner pursuant to 42 U.S.C. § 1983. On September 26, 2022, the undersigned entered a Memorandum and Recommendation ("M & R") recommending Plaintiff's case be dismissed with prejudice for failure to state a claim and/or as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) and that the dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g) against Plaintiff. (D.E. 15). In response, Plaintiff filed the pending Motion to Dismiss on October 3, 2022 seeking to voluntarily dismiss his case. (D.E. 9).

It is apparent Plaintiff is attempting to avoid this litigation being counted as a strike pursuant to § 1915(g). However, it is respectfully recommended that the Court consider the previously entered M & R recommending this case be dismissed and count as a strike

pursuant to § 1915(g) and Plaintiff's Motion to Dismiss be **DENIED** as moot. Plaintiff may file objections to this and the original M & R on or before **October 20, 2022**.

ORDERED on October 4, 2022.

Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).