Case 2:22-cv-00222   Document 14   Filed on 06/27/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR COCHRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00222 |
| V. | § | |
| | § | |
| EVAN PARTCH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Magistrate Judge Jason Libby has issued the following in this case: first, a memorandum and recommendation ("M&R") recommending that the Court dismiss with prejudice Plaintiff's claims as frivolous and/or for failure to state a claim for relief pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). (D.E. 8, p. 1). That M&R also recommends that the dismissal of the case count as a "strike" for purposes of 28 U.S.C. § 1915(g). *Id.* Second, Judge Libby has issued an M&R recommending that the Court deny Plaintiff's motion to voluntarily dismiss his case, (D.E. 9), as moot. (D.E. 11). Plaintiff appears to object to both M&Rs. (D.E. 12). However, his objection to the D.E. 8 M&R is untimely. His objection to the D.E. 11 M&R, to the extent he objects to the D.E. 11 M&R, is timely.[1]

---

[1] Plaintiff states that he was served with the D.E. 8 M&R on September 23, 2022. *See* (D.E. 10). However, Plaintiff did not date his objections until October 14, 2022. *See* (D.E. 12, p. 3). Even if the Court assumes for purposes of this Order that Plaintiff placed his objections in the prison mailing system on October 14, 2022, that is more than 14 days after Plaintiff was served with the D.E. 8 M&R. *See Thompson v. Raspberry*, 993 F.2d 513, 515 (5th Cir. 1993) ("[A] pro se prisoner's written objections to a magistrate's report and recommendations must be deemed filed and served at the moment they are forwarded to prison officials for delivery to the district court."). However, the objections are timely as to the D.E. 11 M&R. Although it is unclear when the D.E. 11 M&R was served on Plaintiff, he filed his objections less than 14 days after the D.E. 11 M&R was filed. *See* (D.E. 11; D.E. 12).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* FED. R. CIV. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). In objecting, Plaintiff primarily argues that Plaintiff sought to voluntarily dismiss his case immediately after he received the D.E. 8 M&R. *See* (D.E. 12, p. 1). Plaintiff further seemingly reargues the merits of his claim and argues that he is entitled to certain discovery in his case. *See id.* at 1–2.

However, after carefully reviewing the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, *see* 28 U.S.C. § 636(b)(1), the Court:

(1) **OVERRULES** Plaintiff's objections in their entirety. (D.E. 12).

(2) **ADOPTS** the D.E. 8 and D.E. 11 M&Rs in their entirety. (D.E. 8; D.E. 11).

(3) **DISMISSES with prejudice** Plaintiff's claims as frivolous and/or for failure to state a claim for relief pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). (D.E. 1).

(4) **DENIES as moot** Plaintiff's motion to voluntarily dismiss his case. (D.E. 9).

The dismissal is counted for a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **ORDERED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov. A final judgment will be entered separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, TX
June 27, 2023